IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-02138-WD-BNB | Date: January 16, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| CIMAREX ENERGY, CO., | Daniel Reilly |
| | Kent Modesiti |
| Plaintiff, | |
| v. | |
| BANK OF AMERICA, N.A., | Bradford Berge |
| | Joseph Jaros |
| Defendant. | |

**COURTROOM MINUTES**

**HEARING: MOTIONS & SCHEDULING CONFERENCE**.

Court in Session:     8:02 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:  Defendant Bank of America's motion for more definite statement(11/1/06 #5) is TAKEN UNDER ADVISEMENT as stated on the record.**

Deadline for joinder of parties and amendment of pleadings is: **February 26, 2007**

Discovery cut-off is: **July 16, 2007**

The dispositive motion deadline is: **August 17, 2007**

The parties shall designate all experts no later than: **May 1, 2007**

The parties shall designate all rebuttal experts no later than: **June 8, 2007**

Interrogatories and request for production of documents shall be served such that responses are due

by the discovery cut off.

Settlement Conference will be held on **August 6, 2007 at 2:00 p.m.**

>Attorneys and client representatives with authority to settle must be present.  (Note: this requirement is not fulfilled by the presence of counsel.  If any insurance company is involved, an adjuster authorized to enter into settlement must also be present.)

Each party shall submit a Confidential Settlement Statement to the Magistrate Judge on or before **July 30, 2007** outlining the facts and issues in the case and the party's settlement position.  Counsel shall call Chambers if they feel the settlement conference is premature, or would not be meaningful.  In addition, each party shall disclose what it is willing to offer or accept in settlement.

Pretrial Conference shall be held **October 25, 2007 at 9:00 a.m.** in Courtroom A-401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado**.**  A proposed Pretrial Order shall be submitted on or before **October 18, 2007**.

Court in Recess        8:49 a.m.        Hearing concluded.

Total time in court:    00:47