IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02138-WYD-BNB

CIMAREX ENERGY CO.,

       Plaintiff,

v.

BANK OF AMERICA, N.A.,

       Defendant.

---

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS

---

The Court, having reviewed the parties' Joint Motion to Stay Proceedings, finds good cause for same and hereby **ORDERS** that the Joint Motion to Stay Proceedings is **GRANTED** and further **ORDERS**:

1. This matter is hereby stayed for seven months from the date of this Order or until thirty days after disposition of *Cliff Hoskins, Inc. v. Prize Energy Resources, L.P., et al.*, No. M05-0002-CV-C ("Texas Lawsuit"), whichever occurs first;

2. Plaintiff is to inform the Court within ten days of the disposition of the Texas Lawsuit;

3. Cimarex is to provide their response to Bank of America's first set of discovery requests within ten days after this Court lifts the stay; and

4. Bank of America is to provide their response to Cimarex's first set of discovery requests within thirty days after Cimarex provides its discovery response as ordered above.

Dated:  April 27, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge