IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02138-WYD-KLM

CIMAREX ENERGY CO,

    Plaintiff(s),

v.

BANK OF AMERICA, N.A.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court on the Parties' **Joint Motion to Vacate Pretrial Conference** [Docket No. 26; filed October 18, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The pretrial conference currently set for **October 25, 2007** is **VACATED**.

    IT IS FURTHER **ORDERED** that Plaintiff will file a status report with this Court within five (5) days of the stay being lifted in this matter.

    Dated:  October 23, 2007