IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-02138-WYD-KLM

CIMAREX ENERGY CO.,

    Plaintiff,

v.

BANK OF AMERICA, N.A.,

    Defendant.

---

**ORDER GRANTING JOINT MOTION TO EXTEND STAY OF PROCEEDINGS**

---

The Court, having reviewed the parties' Joint Motion to Extend Stay of Proceedings (docket #29), finds good cause for same and hereby ORDERS that the Joint Motion to Extend Stay of Proceedings is **GRANTED** and further ORDERS:

1. This matter is hereby stayed until the expiration of two weeks following completion of trial or other final disposition of the case of Cliff Hoskins, Inc. v. Prize Energy Resources, L.P., et al., No. M05-0002-CV-C, pending in McMullen County, Texas ("Texas Lawsuit"), or May 15, 2008, whichever occurs first;

2. Plaintiff is to inform the Court within ten days of the completion of trial or other disposition of the Texas Lawsuit;

3. Cimarex is to provide their response to Bank of America's first set of discovery requests within ten days after this Court lifts the stay; and

4. Bank of America is to provide their response to Cimarex's first set of

discovery requests within thirty days after Cimarex provides its discovery response as ordered above.

Dated: November 30, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge