IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-02138-WYD-BNB

CIMAREX ENERGY CO.,

    Plaintiff,

v.

BANK OF AMERICA, N.A.,

    Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

THIS MATTER comes before the Court upon review of the file. On November 30, 2007, I issued an Order granting a stay in this matter pending the expiration of two weeks following completion of trial or other final disposition of the case of Cliff Hoskins, Inc. v. Prize Energy Resources, L.P., et al., No. M05-0002-CV-C, pending in McMullen County, Texas ("Texas Lawsuit"). Since the outcome of the Texas Lawsuit is uncertain, I find that this case should be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown. Accordingly, it is

ORDERED that the Clerk of the Court shall administratively close this action pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.

Dated: April 24, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge